UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY JENKINS,<br>         Petitioner,<br><br>         v.<br><br>MICHAEL MUKASEY, Attorney General of the United States of America, et al.,<br><br>         Respondents. | Civil Action 08-00148 (HHK) |

ORDER

It is hereby **ORDERED** this 5th day of February 2008, that by no later than February 25, 2008, the United States shall file a response to this action styled, APPLICATION FOR WRIT OF HABEAS CORPUS. The Clerk of the Court shall send a hard copy of petitioner's petition to Robert D. Okun, Chief, Special Proceedings Section of the United States Attorney's Office.

    SO ORDERED

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge