UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BRADLEY JENKINS            )
                           )
        V.                 )      Civil Action 08-00148(HHK)
                           )
MICHAEL MUKASEY, Attorney  )
General of the United States )
of America, et al.,        )
                           )
              Respondents  )
_____)

           RESPONDENTS' MOTION FOR AN EXTENSION OF TIME
              TO MOVE OR OTHERWISE RESPOND WITH RESPECT TO
        PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS

    Respondents Michael Mukasey, Attorney General of the United States of America, and Harley G. Lappin, Director of the Federal Bureau of Prisons, by and through their attorney, the United States Attorney for the District of Columbia, respectfully move for an extension of time to and including March 31, 2008, in which to move or otherwise respond with respect to petitioner's application for a writ of habeas corpus.  Because petitioner is incarcerated, we have not attempted to reach him to learn his position on this motion.

    In support, respondents state that on February 14, 2008, the undersigned received petitioner's application for a writ of habeas corpus and a copy of the Court's Order of February 5, 2008.  The undersigned has three substantial sets of papers due next week in cases bringing collateral attacks, and four more sets due in the five weeks thereafter.  This is respondents' first request for an

extension of time; petitioner should not be unduly prejudiced by this request.

WHEREFORE, the respondents respectfully request an extension of time to and including March 31, 2008, in which to move or otherwise respond with respect to petitioner's application for a writ of habeas corpus.  A proposed order is submitted herewith.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR (D.C. Bar No. 490-610)
>United States Attorney
>
>ROBERT D. OKUN (D.C. Bar No. 457-078)
>Chief, Special Proceedings Division
>
>/s/ Thomas S. Rees
>THOMAS S. REES (D.C. Bar No. 358-962)
>Assistant United States Attorney
>Special Proceedings Division
>555 Fourth Street, N.W., Tenth Floor
>Washington, D.C. 20530
>(202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2008, a copy of the foregoing motion for an extension of time, along with a form of order, was served first class U.S. Mail, postage prepaid, on:

        Bradley Jenkins
        Fed. Reg. 17466-045
        FCI Oakdale
        Federal Correctional Institution
        P.O. Box 5000
        Oakdale, LA 71463

        /s/ Thomas S. Rees
        THOMAS S. REES
        ASSISTANT UNITED STATES ATTORNEY

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


BRADLEY JENKINS              )
                             )
          V.                 )    Civil Action 08-00148(HHK)
                             )
MICHAEL MUKASEY, Attorney    )
General of the United States )
of America, et al.,          )
                             )
          Respondents        )
_____)
```

                                 ORDER

This matter is currently before the Court on the motion of respondents Michael Mukasey, Attorney General of the United States of America, and Harley G. Lappin, Director of the Federal Bureau of Prisons, for an extension of time in which to move or otherwise respond with respect to petitioner's application for a writ of habeas corpus.

UPON CONSIDERATION of the respondents' motion and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that respondents' motion for an extension of time to move or otherwise respond with respect to petitioner's application for a writ of habeas corpus is hereby GRANTED.  And it is

FURTHER ORDERED that respondents shall be afforded an extension of time to and including March 31, 2008, in which to move or otherwise respond with respect to petitioner's application for a writ of habeas corpus.

                                                            Henry H. Kennedy
                                                            United States District Judge

<u>copies to</u>:

Bradley Jenkins
Fed. Reg. 17466-045
FCI Oakdale
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

Thomas S. Rees
Assistant United States Attorney
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. - Room 10-911
Washington, D.C. 20530