UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRADLEY JENKINS            )
                           )
           V.              )    Civil Action 08-00148(HHK)
                           )
MICHAEL MUKASEY, Attorney  )
General of the United States )
of America, et al.,        )
                           )
           Respondents     )
_____)

                 NOTICE OF ENTRY OF APPEARANCE

     Respondents Michael Mukasey, Attorney General of the United

States, and Harley G. Lappin, Director of the Federal Bureau of

Prisions, by and through its attorney, the United States Attorney

for the District of Columbia, hereby give notice of the entry of

appearance on their behalf of Assistant United States Attorney

Thomas S. Rees.  Mr. Rees's telephone number is 202-305-4882.  The

government requests that all papers and filings be served on Mr.

Rees at the address shown below.

                         Respectfully submitted,
                         JEFFREY A. TAYLOR
                         United States Attorney
                         D.C. Bar No. 490-610

                         ROBERT D. OKUN
                         CHIEF, SPECIAL PROCEEDINGS DIVISION
                         D.C. Bar No. 457078
                          /s/ Thomas S. Rees
                         THOMAS S. REES
                         Assistant United States Attorney
                         D.C. Bar No. 358962
                         555 4th Street, N.W., Room 10-911
                         Washington, D.C. 20530
                         (202) 305-4882
                         Thomas.S.Rees@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of February, 2008, I caused to be served the foregoing notice of entry of appearance via first class mail, postage prepaid, on the following:

Bradley Jenkins
Fed. Reg. 17466-045
FCI Oakdale
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

<u>/s/ Thomas S. Rees</u>
THOMAS S. REES
ASSISTANT UNITED STATES ATTORNEY