Bradley Jenkins,
    Petitioner

Civil action: 08-00148(HHK)

v.

Michael Mukasey, Attorney General of the United States of America

RECEIVED
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice of Withdrawl

I, Bradley Jenkins, wish to withdraw the §2241 previously filed until the desired terms can be properly met.

Bradley E. Jenkins
Bradley E. Jenkins #17466-045
Federal Correction Institution Oakdale
P.O. Box 5000
Oakdale, LA. 71463