UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY JENKINS,<br>         Petitioner,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General of the United States of America, et al.,<br><br>         Respondents. | Civil Action 08-00148 (HHK) |

ORDER

Petitioner filed this action styled APPLICATION FOR WRIT OF HABEAS CORPUS, in which he sought post-conviction relief pursuant to 28 U.S.C. § 2241.  The United States moved to recharacterize plaintiff's application as a motion for post-conviction relief under 28 U.S.C. § 2255.  On April 10, 2008, this court indicated that it was inclined to grant the United States' motion, but first provided petitioner with an opportunity to respond to the United States' motion by withdrawing or amending his petition.  On May 12, 2008, petitioner moved to withdraw his § 2241 petition.

Accordingly, it is this 16th day of May 2008, hereby

**ORDERED** that, in light of petitioner's motion to withdraw his § 2241 petition, this action is dismissed without prejudice.

Henry H. Kennedy, Jr.<br>
United States District Judge